THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| PAUL PERKINS, Individually and on behalf of the class of all other persons similarly situated, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 3:05-CV-100 (CDL) |
| AMERICAN NATIONAL INSURANCE COMPANY, a foreign corporation, | * | |
| Defendant. | * | |

**ORDER CONCERNING THE COLLECTION OF INFORMATION REGARDING ANICO INSUREDS**

Pursuant to a settlement agreement between the plaintiff class and the defendant American National Insurance Company ("ANICO"), ANICO has been ordered to obtain information concerning the status of loans for which it entered credit life insurance since October 7, 1999. The plaintiff class, which has been preliminarily certified for settlement purposes by this Court, consists of all persons who purchased single premium credit life and/or credit disability insurance issued by ANICO whose policies (a) were entered on the LOGIC system and were in effect at any time between October 7, 1999 and May 15, 2007; and (b) whose insured indebtedness was extinguished prior to its scheduled termination while the insurance was in effect; and (c) who have not received a refund of any unearned premium either (1) in the ordinary course of ANICO's business or (2) pursuant to any Assurance of Voluntary Compliance ("AVC") with the Attorney General of the State of Texas. This Court has a responsibility and duty to protect the interests of the members of the class.

In order to ensure the complete collection of all information necessary to calculate any unearned premium that is refundable under the settlement by ANICO to its insureds who are members of the preliminarily certified class, the Court directs this Order to each of

(i) ANICO'S PRODUCERS, AGENTS AND THEIR ASSIGNS (hereinafter referred to as "Agent"), and to

(ii) ANY CREDITOR OF A CLASS MEMBER WHICH IS A BENEFICIARY OF AN ANICO CREDIT AND/OR DISABILITY POLICY THAT WAS IN EFFECT AT ANY TIME ON OR AFTER OCTOBER 7, 1999 (hereafter referred to as "Lender")

It is hereby ORDERED that each AGENT or LENDER shall promptly and fully cooperate and make available to ANICO or the Settlement Administrator information concerning loans to ANICO's insureds who may be members of the settlement class. It is hereby specifically ORDERED that <u>each</u> AGENT and LENDER shall furnish to ANICO or the Settlement Administrator any information in its possession, custody, or control concerning any insured identified by ANICO that would reflect: (i) the payment or present status of any loan to the insured, (ii) the best mailing address for the insured, and (iii) the social security number and date of birth for the insured to facilitate obtaining the present address of the insured. Class Counsel appointed by this Court to represent the Class Members have as Counsel for the Class and each individual Class Member, and with the approval of this Court, given explicit consent and approval for Defendant to collect the information referenced above, and have given explicit consent and approval for each dealer/agent that sold Defendant's credit insurance products to Class Members and to each lender for each Class Member to provide the necessary information to Defendant, Class Counsel, and to this Court.

It is further ORDERED that, to the extent such information is furnished to ANICO or the Settlement Administrator or made available to class counsel for the settlement class, such information shall remain confidential and shall not be used by ANICO, the Settlement Administrator, or class counsel except for purposes of this litigation or as expressly authorized by further Order of this Court.

Signed this 16th day of May, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE