Acct # 102121

May 7, 2008

**VIA DHL EXPRESS**

Greer, Herz & Adams, LLP
Mr. Eric J. Kirkpatrick, Esq
One Moody Plaza
18th Floor
Galveston, Texas, 77550

Greer, Herz & Adams, LLP
Ms. Laura B. Englert, Esq.
2525 South Shore Blvd.
Suite 203
League City, Texas 77573

Re: Paul Perkins, individually and on behalf of a class of all persons similarly situated v. American National Insurance Company
Case No.: 3:05-CV-00100(CDL)

Dear Eric and Laura:

Pursuant to Rule 45 of the Federal Rules of Civil Procedure. RBS Citizens, N.A , ("RBS Citizens") hereby responds and objects to the subpoena dated Thursday April 17. 2008 and faxed to RBS Citizens on April 25, 2008 (the "Subpoena") as follows:

RBS Citizens objects to the Subpoena to the extent they request the production of documents protected from disclosure under the attorney-client and/or work product privileges, or any other applicable privilege.

1. RBS Citizens objects to the Subpoena on the grounds that they are overbroad and unduly burdensome, do not provide sufficient identifying information, and seek documents that already have been obtained or can be obtained through discovery of parties to the litigation.

2. The RBS Citizens Entities object to the Subpoenas to the extent that they seek information that is neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

3. The RBS Citizens Entities object to the Subpoenas to the extent they seek to obtain confidential or proprietary information

If you have any proposals for narrowing the scope and burden of your requests, I would be happy to discuss them with you. Please feel free to contact me at (248) 226-7782.

Sincerely yours

Kenneth L. Urwiller II
Senior Vice President
Legal Department

c: D. Meisels
J. Brickman
D. Mowrey