# GREER, HERZ & ADAMS, L.L.P.

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

ATTORNEYS AT LAW

ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TEXAS 77550-7998
FAX (409) 766-6424

—

(409) 797-3200
(281) 480-5278 (HOUSTON)
www.greerherz.com

ANGIE OLALDE
(409) 797-3262
aolalde@greerherz.com
Galveston Office

BAY AREA HOUSTON OFFICE:
2525 SOUTH SHORE BLVD., SUITE 203
LEAGUE CITY, TEXAS 77573
FAX (281) 538-3791


May 23, 2008

Kenneth L. Urwiller II
Senior Vice President
Legal Department
Citizens Financial Group, Inc.
One Citizens Plaza
Providence, RI 02903

***VIA CM RRR***

Re: Subpoena in the matter of *Perkins v. American National Insurance Company*, No. 3:05-CV-100(CDL) before the Federal District Court, Middle District of Georgia

Dear Mr. Urwiller:

I am writing to check in with you on the status of the RBS Citizens Entities' compliance with the above-described subpoena. You and I spoke on May 12th, and I believe your client's technical personnel were going to contact our data retrieval center ("DRC") in order to determine the most efficient method of compliance. Due to the number of American National insureds we have requested information on, I want to be sure our DRC has been able to assist in getting as much information and help to you as possible, in order to make your search as fast and easy as possible. I believe we also previously discussed the fact that the most important piece of information we are lacking are the loan payoff/termination dates for these individuals.

Please contact me at 409-797-3262 if you have any questions or concerns. You may also e-mail me at aolalde@greerherz.com. If you would please let me know what the status of RBS' search, I would appreciate it.

Sincerely,

Angie Olalde

209116.7

7002 0510 0002 9698 3246

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Kenneth L. Urwiller II
Senior Vice President
Legal Department
Citizens Financial Group, Inc.
One Citizens Plaza
Providence, RI 02903

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth L. Urwiller II
Senior Vice President
Legal Department
Citizens Financial Group, Inc.
One Citizens Plaza
Providence, RI 02903

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Bill Rose
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. 7002 0510 0002 9698 3246

AKo/Urwi
100-4353-3

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-0835

GREER, HERZ & ADAMS, L.L.P.
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW

ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TEXAS 77550-7998
FAX (409) 766-6424
–
(409) 797-3200
(281) 480-5278 (HOUSTON)
www.greerherz.com

ANGIE OLALDE
(409) 797-3262
aolalde@greerherz.com
Galveston Office

BAY AREA HOUSTON OFFICE:
2525 SOUTH SHORE BLVD., SUITE 203
LEAGUE CITY, TEXAS 77573
FAX (281) 538-3791

July 1, 2008

*Via CM/RRR#7001 1940 0000 7172 9491*

Mr. Kenneth L. Urwiller II
Senior Vice President
Legal Department
Citizens Financial Group, Inc.
One Citizens Plaza
Providence, RI 02903

Re: Subpoena in the matter of *Perkins v. American National Insurance Company*, No. 3:05-CV-100(CDL) before the Federal District Court, Middle District of Georgia

Dear Mr. Urwiller:

You and I have previously discussed the above-mentioned subpoenas served upon several RBS Citizens entities. It is my understanding from our discussion and from a voicemail you left me two weeks ago that the RBS Citizens Entities are continuing work on complying with the subpoenas, and that your IT personnel should have already contacted our data retrieval center in order to determine the easiest method of compliance for RBS. It is also my understanding that the RBS Citizens Entities for whom you are coordinating compliance are the following:

**RBS Citizens, NA** (ANICO Acct. #102121, with approx. 1833 loans)
**Citizens Auto Finance—Rhode Island** (ANICO Acct. #104073 with approx. 93 loans)
**Citizens Auto Finance—Sacramento** (in Massachusetts) (ANICO Acct. #100811 with approx. 3918 loans)
**Great Bank** (ANICO Acct. #101658, with approx. 114 loans)
**Charter One Auto Finance** (ANICO Acct. #100136 with approx. 312 loans, and #100782, with approx. 1147 loans)

I would also like to confirm with you whether the RBS Citizens entities includes NALF – Greenwich Capital Markets, at 600 Steamboat Road in Greenwich, CT.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & | |

Postmark Here

Sent To: MR. KENNETH L. URWILLER II
SENIOR VICE PRESIDENT
LEGAL DEPARTMENT
Street, Apt. No.; or PO Box No.: CITIZENS FINANCIAL GROUP, INC.
ONE CITIZENS PLAZA
City, State, ZIP+4: PROVIDENCE, RI 02903

PS Form 3800, January 2001 See Reverse for Instructions

7001 1940 0000 7172 9491

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. KENNETH L. URWILLER II
SENIOR VICE PRESIDENT
LEGAL DEPARTMENT
CITIZENS FINANCIAL GROUP, INC.
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name): Bill Ross
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PROVIDENCE STA JUL 7 2008 02903

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 1940 0000 7172 9491

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540