**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

AMERICAN NATIONAL
INSURANCE COMPANY,

Plaintiff,

v.

RBS CITIZENS, N.A. and CITIZENS
AUTOMOBILE FINANCE, INC.,

Defendants.

C.A. No.: 08-MC-00070-S-LDA

**ENTRY OF APPEARANCE**

I, Geoffrey W. Millsom, Esq. of Adler Pollock & Sheehan, P.C. hereby enter my appearance on behalf of the defendants, RBS Citizens, N.A. and Citizens Automobile Finance, Inc. Pursuant to Local Rule 206(c)(1), I am designated for the purposes of receiving notices in the above-captioned matter, and as lead counsel pursuant to Local Rule 206(d).

Dated: Providence, Rhode Island
August 12, 2008

*/s/ Geoffrey W. Millsom*
Geoffrey W. Millsom, #6483
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607
gmillsom@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2008, I sent a true copy of the within document by electronic means (ECF) to: I hereby certify that I filed the foregoing Entry of Appearance through the ECF system on the 12th day of August, 2008, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 08-MC-00070-S-LDA.

*/s/ Geoffrey W. Millsom*

*464257_1.doc*