UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RBS CITIZENS, N.A. and CITIZENS AUTOMOBILE FINANCE, INC.,<br><br>Defendants. | C.A. No.: 1:08-MC-00070-S-LDA<br><br>**(In re: Subpoenas issued to RBS Citizens, NA, Citizens Auto Finance-Rhode Island,Citizens Auto Finance-Sacramento, Great Bank, and Charter One Auto Finance in C.A. No. 3:05-CV-100-CDL, now pending in U.S. District Court for the Middle District of Georgia)** |

ENTRY OF APPEARANCE

I, Nicholas R. Mancini, Esq. of Adler Pollock & Sheehan, P.C. hereby enter my appearance on behalf of the defendants, RBS Citizens, N.A. and Citizens Automobile Finance, Inc.

*/s/ Nicholas R. Mancini*
NICHOLAS R. MANCINI, #7100
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: August 12, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2008, I sent a true copy of the within document by electronic means (ECF) to:

*/s/ Nicholas R. Mancini*

*464453_1*