UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RBS CITIZENS, N.A. and CITIZENS AUTOMOBILE FINANCE, INC.,<br><br>Defendants. | C.A. No.: 1:08-MC-00070-S-LDA<br><br>**(In re: Subpoenas issued to RBS Citizens, NA, Citizens Auto Finance-Rhode Island, Citizens Auto Finance-Sacramento, Great Bank, and Charter One Auto Finance in C.A. No. 3:05-CV-100-CDL, now pending in U.S. District Court for the Middle District of Georgia)** |

**DEFENDANTS' CROSS-MOTION TO QUASH SUBPOENAS**

Defendants RBS Citizens, N.A. and Citizens Automobile Finance, Inc. hereby move this Court to quash the five subpoenas served upon RBS Citizens, NA, Citizens Auto Finance, Citizens Auto Finance, Great Bank, and Charter One Auto Finance Corporation by Plaintiff, American National Insurance Company. The grounds for Defendants' motion are set forth in the accompanying memorandum of law.

Dated: Providence, Rhode Island
August 19, 2008

Defendants,

RBS CITIZENS, N.A., and
CITIZENS AUTOMOBILE FINANCE, INC.
By their Attorneys,

*/s/ Geoffrey W. Millsom*

Geoffrey W. Millsom, Esq. #6483
Nicholas R. Mancini, Esq. #7100
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607
gmillsom@apslaw.com
nmancini@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing *Defendants' Cross-Motion to Quash* through the ECF system on the 19th day of August, 2008, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 08-MC-00070-S-LDA.

*/s/ Geoffrey W. Millsom*

*464899_1*